RECEIVED

JAN 3 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL A. NELSON and JOSEPH MASS | CIVIL ACTION NUMBER: 04-2390 |
| VERSUS | JUDGE DOHERTY |
| THE CITY OF VILLE PLATTE, ET AL. | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING

Currently pending before this Court is a Motion to Dismiss pursuant to Rule 12(b)(6) [Doc. 9], filed on behalf of The City of Ville Platte, C.J. Dardeau, Carol Alfred, James D. Bordelon, Freddie Jack, Early Edward, Bill Jeanmard, and Phillip Lemoine ("defendants"). Defendants move to dismiss plaintiffs' complaint, arguing the grounds alleged therein fail to state a claim upon which relief may be granted. Plaintiffs have not opposed the motion. Therefore, the Motion to Dismiss pursuant to Rule 12(b)(6), appearing to be well-founded in law and fact and being unopposed by plaintiffs, is hereby GRANTED. All claims against defendants are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___29___ day of January, 2007.

COPY SENT:
DATE: 1/30/07
BY: CW
TO: RFD
CG

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE